*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★   ★   ★                                                                              ★   ★   ★

**MEMORANDUM OPINION**

No. 04-09-00566-CR

**IN RE** Jason **MIEARS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  October 7, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On September 8, 2009, relator Jason Miears filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion to dismiss counsel, objection to an expert, and petition for writ of habeas corpus.  However, on September 24, 2009, the trial court denied relator's motion to dismiss his counsel.  Therefore, we DENY AS MOOT relator's petition for writ of mandamus as it pertains to his motion to dismiss counsel.

As to relator's remaining complaints, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined.  A criminal

---

[1] This proceeding arises out of Cause No. 2009-CR-6566, styled *State v. Jason Miears*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

defendant is not entitled to hybrid representation of any form. *See Dunn v.* State, 819 S.W.2d 510, 525 (Tex. Crim. App. 1991); *see also Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se* objection and petition filed in the criminal proceeding pending in the trial court. Therefore, we conclude that relator has not shown himself entitled to mandamus relief. Accordingly, the petition is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH